*561 In re Vizzini, Joseph J. et al; Scioneaux, Cindy; As The Managing Partners of Vizzini Arabians III; Ballenger, James O.; Bridges, Hewitt; Chenevert, Raymond; Chenevert, Norman; Coughlin, D. Michael; Daul, Carolyn B.; Dooley, William H. Jr.; Gangi, Joel; Meyer, Barbara A.; Pilie, Noel F. Dr.; Scioneaux, Annie T.; McCrossen, Thomas; Hourcade, Joseph;—Plaintiffs; Applying for Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. E, Nos. 450-411, 476-468; to the Court of Appeal, Fifth Circuit, Nos. 99-CA-1365, 99-CA-1366.
Denied.